# Court of Appeals
# of the State of Georgia

ATLANTA,   January 03, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0835. RONALD G. AYTON v. GEORGIA BOARD OF PARDONS AND PAROLES.

In July 2017, Ronald G. Ayton attempted to file a mandamus petition seeking an order compelling the Georgia Board of Pardons and Paroles to release him from prison. He argued that the Georgia Department of Corrections had computed his sentence upon revocation of his parole incorrectly such that he should have already been released from prison. The trial court screened the complaint, pursuant to OCGA § 9-15-2 (d), and denied it for filing. Ayton then filed a direct appeal to the Georgia Supreme Court, which transferred it here. See Case No. S18A0210 (decided October 16, 2017). We, however, lack jurisdiction.

Ordinarily, judgments and orders granting or refusing to grant mandamus relief are directly appealable. See OCGA § 5-6-34 (a) (7). Because Ayton is incarcerated, however, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35," the discretionary appeals statute.

Ayton's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/03/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*